MAYS, APPELLANT, *v.* ENGLE, SUPT., APPELLEE.

[Cite as Mays v. Engle (1982), 69 Ohio St. 2d 166.]

(No. 81-1036—Decided February 10, 1982.)

*Mr. David L. Mays, pro se.*

*Mr. William J. Brown,* attorney general, and *Ms. Lianne L. Santellani,* for appellee.

*Per Curiam.* The decision and journal entry of the Court of Appeals states, in part, " * * * finding that the complaint on its face does not state a cause of action entitling petitioner to relief, respondent's motion to dismiss is granted."

For the reason that appellant did not challenge the jurisdiction of the sentencing court, *Freeman* v. *Maxwell* (1965), 4 Ohio St. 2d 4, the judgment of the Court of Appeals, dismissing the habeas corpus petition, is affirmed.

*Judgment affirmed.*

CELEBREZZE, C. J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and KRUPANSKY, JJ., concur.